UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

7:10-CR-30-5-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JUAN RAYO, | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion to Allow Attorney Conducted Voir Dire or to Permit the Use of a Jury Questionnaire [DE-167]. Jury selection is scheduled for October 13, 2010. Defendant is requesting the opportunity for counsel to conduct voir dire, or in the alternative, for an extensive jury questionnaire to be circulated to the prospective jurors.

The court , in its discretion, DENIES defendant's Motion to Allow Attorney Conducted Voir Dire or to Permit the Use of a Jury Questionnaire [DE-167].

SO ORDERED.

This 1st day of October, 2010.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge