UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

7:10-CR-30-5-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JUAN RAYO, | ) | |
| Defendant. | ) | |

This matter is before the court on ex parte motion of defense counsel for authorization of funds to compensate a private investigator [DE-226] for assistance in trial preparation.

For good cause shown, the defendant's ex parte motion for authorization of funds [DE-226] to compensate private investigator is ALLOWED, up to and including a **total** of $2,400.00, exclusive of reimbursement for expenses reasonably incurred. 18 U.S.C. § 3006A (e).

SO ORDERED.

This 23rd day of February, 2011.

*[signature]*
JAMES C. FOX
Senior United States District Judge